```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 09542
   GLORIANA C BROADWAY
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2497


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/07/06 and confirmed on 10/11/06.

   2.  The case was dismissed after confirmation, 08/17/2007.

   3.  The Debtor paid a total of $    4168.00 .

   4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG      .00              .00             .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE      .00              .00             .00
WILL COUNTY TREASURER    SECURED         2847.00             .00           52.65
WILL COUNTY TREASURER    SECURED            .00              .00             .00
APPROVED AUTO SALES & FI SECURED         2009.00           32.44          2009.00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED           .00             .00
CALVARY PORTFOLIO SERV   UNSECURED       NOT FILED           .00             .00
CREDIT PROTECTION ASSOC  UNSECURED       NOT FILED           .00             .00
CREDITORS DISCOUNT & AUD UNSECURED       NOT FILED           .00             .00
FIRST PREMIER BANK       UNSECURED       NOT FILED           .00             .00
FIRST REVENUE ASSURANCE  UNSECURED       NOT FILED           .00             .00
MERCURY FINANCE CO       UNSECURED       NOT FILED           .00             .00
MRSI                     UNSECURED       NOT FILED           .00             .00
TRIAD FINANCIAL          UNSECURED       9600.91             .00             .00
ILLINOIS DEPT REVENUE    PRIORITY          58.78             .00             .00
ILLINOIS DEPT REVENUE    UNSECURED         30.00             .00             .00
            Summary of disbursements:
-------------------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED   4856.00     58.78      9630.91         .00        14545.69
PRINCIPAL PAID       2061.65       .00          .00         .00         2061.65
INTEREST PAID          32.44       .00          .00         .00           32.44
TOTAL PAID           2094.09       .00          .00         .00         2094.09
The Debtor's attorney, SARA J GRAY ESQ                  , was allowed $   2500.00
and was paid $    600.00   direct and $    1878.16   through the plan.

The Trustee received $     195.75 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE










                              PAGE   2
            CASE NO. 06 B 09542 GLORIANA C BROADWAY